OFFICE OF DISCIPLINARY COUNSEL *v.* MCCLURE.

[Cite as *Disciplinary Counsel v. McClure* (1996), 74 Ohio St.3d 310.]

(No. 95–1666—Submitted September 27, 1995—Decided January 17, 1996.)

312

*Geoffrey Stern,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*David Bernard McClure, pro se.*

*Per Curiam.*   Upon review of the record, we agree that respondent violated DR 1–102(A)(6) and 6–101(A)(3), as well as Gov.Bar R. V(4)(G) and X as charged in Counts I through IV of the complaint.   We also agree with the sanction recommended by the board.   Accordingly, respondent is hereby suspended from the practice of law in Ohio for two years;  however, both years of the sanction

period are suspended and respondent is placed on probation under the conditions established by the board.   Costs taxed to respondent.

*Judgment accordingly.*

Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

Moyer, C.J., and Cook, J., dissent.

Cook, J., dissenting.   Respondent's conduct, in the aggregate, warrants an indefinite suspension.   I therefore respectfully dissent.

Moyer, C.J., concurs in the foregoing dissenting opinion.